United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NOVITAZ, INC.,

Plaintiff,

v.

INMARKET MEDIA, LLC,

Defendant.

Case No. 5:16-cv-06795-EJD

**ORDER TO SHOW CAUSE RE: SETTLEMENT**

Re: Dkt. No. 49

The parties, having filed a Notice of Settlement (Dkt. No. 49), are ordered to appear before the Honorable Edward J. Davila on **July 13, 2017, at 10:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  On or before **July 6, 2017**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **July 6, 2017**.

All other pretrial and trial deadlines and hearing dates, including the Case Management Conference, are VACATED and any pending motions are TERMINATED.

1

Case No.: 5:16-cv-06795-EJD
ORDER TO SHOW CAUSE RE: SETTLEMENT

1    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

2    the action.

3

4        **IT IS SO ORDERED.**

5    Dated: June 2, 2017

6    _____

7        EDWARD J. DAVILA
        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    2
     Case No.: 5:16-cv-06795-EJD
     ORDER TO SHOW CAUSE RE: SETTLEMENT

United States District Court
Northern District of California